UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| KIMBRA CALCATERRA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:14-cv-00632-WTL-TAB |
| BANK OF NEW YORK MELLON (f/k/a Bank of New York, Successor to JPMorgan Chase Bank), as Trustee, in Trust for the Holders of Structured Asset Securities Corporation Mortgage Pass Through Certificates, Series 003-BC1, | ) | |
| Defendant. | ) | |

## JUDGMENT

The Plaintiff's Complaint is dismissed for lack of subject matter

jurisdiction. SO ORDERED: 10/09/14

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United States Mail to:**

**Kimbra Calcaterra**
**4237 E. Union Road**
**Shelbyville, IN 46176**

Copies to all counsel of record via electronic communication.